IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

GEORGENE ALWANA SILLS SHAH,              )
                                          )
      Plaintiff,                          )
                                          )
v.                                        )       CV 111-077
                                          )
MICHAEL J. ASTRUE, Commissioner of        )
Social Security Administration,           )
                                          )
      Defendant.                          )

## O R D E R

After a careful, *de novo* review of the file, the Court concurs with the Magistrate

Judge's Report and Recommendation, to which no objections have been filed. Accordingly,

the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the

Court. Therefore, pursuant to sentence four of 42 U.S.C. § 405(g), the Commissioner's final

decision is **REVERSED**, and this case is **REMANDED** to the Commissioner for further

consideration in accordance with the Court's opinion. In addition, in the event that benefits

are awarded on remand, Plaintiff shall have 30 days from the date of the Social Security

closeout letter to file for fees under 42 U.S.C. § 406(b).

SO ORDERED this 28th day of June, 2012, at Augusta, Georgia.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA